PEOPLE v RAY. Appeal from Recorder's Court of Detroit, Joseph E. Maher, J. Submitted Division 1 March 31, 1972, at Detroit. (Docket No. 10609.) Decided May 2, 1972.

*Frank J. Kelley,* Attorney General, *Robert A. Derengoski,* Solicitor General, *William L. Cahalan,* Prosecuting Attorney, *Dominick R. Carnovale,* Chief, Appellate Department, and *Gerard A. Poehlman,* Assistant Prosecuting Attorney, for the people.

*M. John Shamo* and *Thomas J. Olejnik,* for defendant on appeal.

Before: V. J. BRENNAN, P. J., and LEVIN and O'HARA, JJ.

MEMORANDUM OPINION. Defendant was convicted by a jury of felony murder, MCLA 750.316; MSA 28.548. He was sentenced to life imprisonment and appeals. A motion to affirm has been filed by the people.

An examination of the record and briefs discloses no prejudicial error.

Motion to affirm granted.